# UNITED STATES DISTRICT COURT

for the

District of Utah

SCOLIOSIS CENTER OF UTAH, LLC, a Utah Limited Liability Company,

*Plaintiff(s)*

v.

UTAH SCOLIOSIS CENTER, LLC, a Utah Limited Liability Company, SPINAL REHAB SPECIALISTS, LLC, a Utah Limited Liability Company, DR. DAN LAFONTAINE and DR. CHRISTIAN GOMEZ,

*Defendant(s)*

Civil Action No. 2:26-cv-01083-TS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Daniel Thomas La Fontaine
1704 South State Street
Orem, UTah 84097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zane S. Froerer
2661 Washington Blvd, Suite 201
Ogden, Utah 84401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

United States District Court
SUMMONS
District of Utah

Date: 11/2/2026

*Signature of Clerk or Deputy Clerk*